U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRYAN EDWARD BAUDOIN, D.O. | CIVIL ACTION NO. 07-751 |
| versus | JUDGE TRIMBLE |
| MID-LOUISIANA ANESTHESIA CONSULTANTS, INC., APMC, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is defendants' "Rule 12(b) Motion to Dismiss and Alternatively Motion to Stay Proceedings Pending Arbitration" [R. 9]. For the reasons expressed in this court's memorandum ruling issued this day, defendants' motion is hereby **GRANTED** to the extent that all claims by plaintiff against defendant Mid-Louisiana Anesthesia Consultants, Inc. ("MLAC") are subject to arbitration and are hereby **DISMISSED** without prejudice for want of proper venue pursuant to Fed. R. Civ. Pro. 12(b)(3), reserving plaintiff's right to pursue his claims in arbitration.

We hereby decline to exercise jurisdiction over plaintiff's state law claims against individual defendant physicians. Finding, as we have, that these state law claims are not subject to arbitration under the employment contract between plaintiff and MLAC, defendants' motion is hereby **GRANTED** to the extent that all claims by plaintiff against individual physician defendants are **DISMISSED** without prejudice. We hereby reserve unto plaintiff all available rights to pursue these claims in the appropriate state court.

Finally, we find that we lack jurisdiction to determine whether or not plaintiff's claim under the Uniform Services Employment and Reemployment Rights Act ("USERRA") states a cognizable claim as to which relief may be granted, as such determination necessarily involves interpretation of the underlying employment contract, a matter which we find appropriate for an arbitrator. Defendants' motion is therefore **DENIED** to the extent that it seeks this court's dismissal of plaintiff's claim under USERRA by this court.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 27 day of July, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE